**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-20763
(Summary Calendar)

TEEL E. HAGEN

Plaintiff-Appellant,

versus

KINDERCARE LEARNING CENTERS, INC.,

and

REBECCA WALTERS

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-95-1638)

January 27, 1997
Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Teel Hagen ("Appellant") appeals to this court the district court's grant of Summary

Judgment in favor of Defendants Kindercare Learning Centers, Inc., and Rebecca Walters. Appellant

contends that the district court reversibly erred in granting summary judgment because there were

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

genuine issues of material fact surrounding (1) Appellant's prima facie case and (2) the reason given for Appellant's termination.

We have reviewed the record and briefs and perceive no reversible error. Accordingly, the judgment appealed is AFFIRMED for the reasons as set forth in the July 10, 1996, Memorandum and Order of the district court.